UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK A. WADE | CIVIL ACTION |
| VERSUS | NO: 13-5890 |
| STATE OF LOUISIANA | SECTION: J(5) |

### ORDER

Considering the Report and Recommendations of the U.S. Magistrate Judge (**Rec. Doc. 21**) and the Petitioner's Objections (**Rec. Doc. 22**),

**IT IS HEREBY ORDERED** that Petitioner's procedurally unexhausted claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that remaining exhausted claims contained in Petitioner's petition are **HEREBY REFERRED** back to the U.S. Magistrate Judge for resolution.

**IT IS FURTHER ORDERED** that Petitioner's request for a copy of his trial transcript is **HEREBY DENIED**. Petitioner may pursue this request with the State Court in which Petitioner's trial was conducted.

New Orleans, Louisiana, this 3rd day of November, 2014.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE